# NO. 12-24-00183-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***ROBERT MAYNARD HODGSON III,*** *APPELLANT* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| ***THE STATE OF TEXAS,*** *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Robert Maynard Hodgson, III pleaded "guilty" to theft of cargo. In accordance with an agreed punishment recommendation, the trial court sentenced Appellant to fifty years in prison. Appellant appealed.

The clerk's record has been filed and the trial court's certification states that this is a plea bargain case, and the defendant has no right of appeal, and that Appellant waived the right of appeal. The certification is signed by Appellant and his counsel. *See* TEX. R. APP. P. 25.2(d). The record also contains a written waiver of appeal signed by Appellant and his counsel. The record does not otherwise indicate that the trial court gave Appellant permission to appeal.

When the defendant is the appellant, the record must include the trial court's certification of the defendant's right of appeal. ***Id***. This Court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." ***Id***. Based on our review of the record, the trial court's certification appears to accurately state that this is a plea bargain case, Appellant has no right to appeal, and Appellant waived the right of appeal. *See **Dears v. State***, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding that court of appeals

should review record to determine whether trial court's certification is accurate). Because the trial court did not grant Appellant the right to appeal, we ***dismiss*** the appeal.

Opinion delivered July 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 31, 2024**

**NO. 12-24-00183-CR**

**ROBERT MAYNARD HODGSON III,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 114th District Court
of Smith County, Texas (Tr.Ct.No. 114-1537-22)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*